ERIC E. HUBER, Colo. Bar No. 03SCC0024
SIERRA CLUB
1650 38th Street, Suite 102W
Boulder, CO  80301
Telephone:  (303) 449-5595
Facsimile:   (303) 449-0740

KRISTIN HENRY, Cal. Bar No. 220908
PAT GALLAGHER, Cal. Bar No. 146105
SIERRA CLUB
85 Second Street, 2nd Floor
San Francisco, CA 94105
Telephone: (415) 977-5709
Facsimile:  (415) 977-5793

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA CLUB, INC. and SIERRA NEVADA FOREST PROTECTION CAMPAIGN,<br><br>Plaintiffs,<br><br>v.<br><br>DALE BOSWORTH, in his official capacity as Chief of the U.S. Forest Service; JOHN BERRY, in his official capacity as Forest Supervisor of the Eldorado National Forest; LAURIE TIPPIN, in her official capacity as Forest Supervisor of the Lassen National Forest; UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture; ANN VENEMAN, in her official capacity as Secretary of the U.S. Dept. of Agriculture; and UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendants. | Case No. Civ. S-04-2114 GEB DAD<br><br><br>**JOINT STATUS REPORT; STIPULATION AND [PROPOSED] ORDER** |

On August 12, 2008, the parties advised the Court that they are conferring over the appropriate resolution of this matter on remand, including but not limited to identifying the projects that are within the scope of the Court of Appeals' instructions on remand.  In the August 12, 2008 Joint Status Report, the parties stated that they would propose to the Court a procedure and schedule for resolution of this matter on remand by no later than September 12, 2008.

Defendants have provided a proposal to Plaintiffs who are continuing to prepare a response.  The parties need additional time to confer over the appropriate resolution of this matter and believe that they will need an additional six weeks to determine if they can reach agreement. Therefore, the parties now anticipate proposing to the Court a procedure and schedule for resolution of this matter on remand as soon as possible, but no later than October 24, 2008.

Respectfully submitted this 11th day of September 2008.


_____Eric E. Huber_____
ERIC E. HUBER, Colo. Bar No. 700024
Pro Hac Vice
SIERRA CLUB
2260 Baseline Road, Suite 105
Boulder, Colorado 80302
Telephone:  (303) 449-5595
Facsimile:  (303) 449-0740


_____Kristin A. Henry_____
KRISTIN A. HENRY, State Bar No. 220908
PAT GALLAGHER, State Bar No. 146105
SIERRA CLUB
85 Second Street, 2nd Floor
San Francisco, CA 94105
Telephone: (415) 977-5709
Facsimile: (415) 977-5793

Attorneys for Plaintiffs

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division


_____Cynthia S. Huber_____
CYNTHIA S. HUBER
Assistant Chief
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
Benjamin Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 514-5273
Facsimile: (202) 305-0506
Cynthia.Huber@usdoj.gov

Attorneys for Defendants

IT IS SO ORDERED.

Date:   9/12/08

                              District Judge

JOINT STATUS REPORT; STIPULATION AND [PROPOSED] ORDER
Case No. Civ. S-04-2114 GEB DAD