McGREGOR W. SCOTT
United States Attorney
DAVID T. SHELLEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2702
Facsimile: (916) 554-2900

RONALD J. TENPAS
Assistant Attorney General
BARCLAY T. SAMFORD (NMBN 12323)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
1961 Stout St. 8th Floor
Denver, CO 80294
Email: clay.samford@usdoj.gov
Telephone: (303) 844-1475
Facsimile: (303) 844-1350

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA CLUB, INC. and SIERRA NEVADA FOREST PROTECTION CAMPAIGN, | Case No. Civ. S-04-2114 GEB DAD |
| Plaintiffs, | |
| v. | |
| DALE BOSWORTH, in his official capacity as Chief of the U.S. Forest Service; JOHN BERRY, in is official capacity as Forest Supervisor of the Eldorado National Forest; UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture; ANN VENEMAN, in her official capacity as Secretary of the U.S. Department of Agriculture; and UNITED STATES DEPARTMENT OF AGRICULTURE, | **STIPULATION ON ATTORNEYS' FEES AND COSTS** |
| Defendants. | |

Plaintiffs and Defendants, by their undersigned attorneys, hereby stipulate as follows:

1. The Forest Service agrees to settle the claims for costs and attorneys' fees of plaintiff Sierra Nevada Forest Protection Campaign in the above captioned litigation for one hundred thirty-five thousand dollars ($135,000.00). The parties agree that plaintiff Sierra Club is not eligible for attorneys fees as a plaintiff under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d); provided, however, that Sierra Club attorneys may be reimbursed for legal services rendered to EAJA-eligible parties.

2. Payment, as identified in Paragraph 1 above, shall be accomplished by the Forest Service using an electronic fund transfer into the Sierra Club Environmental Law Program Client Trust Account Fund. Plaintiff's attorneys shall provide the appropriate account number and any other information needed to make payment to the undersigned counsel for Defendants. Defendants shall submit the paperwork for payment within twenty (20) business days after this stipulation is entered by the Court or Plaintiff provides the necessary information as required to facilitate the payment, whichever is later. Plaintiff's attorneys shall notify the Defendants' attorneys when payment is received.

3. Plaintiff agrees to accept payment of $135,000.00 in full satisfaction of any and all claims for attorneys' fees and costs, under EAJA and/or any other statute and/or common law theory, incurred by Plaintiff related to the above-captioned litigation.

4. Plaintiff's attorney is receiving funds in trust for Plaintiff, and Plaintiff agrees to this procedure. Plaintiffs and their attorneys agree to hold harmless Defendant in any litigation, further suit, or claim arising from the deposit of the agreed-upon $135,000.00 settlement amount into the Client Trust Account identified in Paragraph 2.

5. This Agreement is the result of compromise and settlement, is based on and limited solely to the facts involved in this case. It has no precedential value and shall not be construed as an admission of liability by Defendants, nor be cited in any other litigation except as necessary to enforce the terms of the stipulation. Defendants do not waive any defenses they may have concerning the claims settled under this Agreement. No provision of this Agreement shall

be interpreted as or constitute a commitment or requirement that Defendants obligate or pay funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other applicable appropriations law.

      6.     The undersigned representatives of the Parties certify that they are fully authorized by the respective Parties whom they represent to enter into the terms and conditions of this Stipulated Agreement and to legally bind such Parties to it.

      7.     Nothing in the terms of this Stipulation shall be construed to limit or deny the power of a federal official to promulgate or amend regulations.

      8.     This Stipulation represents the entirety of the Parties' commitments with regard to settlement. The terms of this agreement shall become effective upon approval by the Court of this Stipulation.

IT IS HEREBY AGREED.

Respectfully submitted this 11th day of December, 2008.

                    RONALD J. TENPAS
                    Assistant Attorney General
                    Environment & Natural Resources Division

                    /s/ Barclay Samford
                    BARCLAY SAMFORD
                    Trial Attorney
                    Natural Resources Section
                    Environment & Natural Resources Division
                    U.S. Department of Justice
                    1961 Stout Street - 8th Floor
                    Denver, CO 80294

                    Attorney for Defendants


                    /s/ Eric Huber
                    ERIC HUBER
                    SIERRA CLUB
                    2260 Baseline Road, Suite 105
                    Boulder, CO 80302

                    /s/ Kristin Henry
                    KRISTIN HENRY
                    PAT GALLAGHER
                    SIERRA CLUB
                    85 Second Street, 2nd Floor

|   |   |
|---|---|
| 1 | San Francisco, CA 94105 |
| 2 | Attorneys for Plaintiffs |
| 3 | |
| 4 | |
| 5 | PURSUANT TO STIPULATION, it is so ORDERED. |
| 6 | Dated:  December 11, 2008 |

_____
GARLAND E. BURRELL, JR.
United States District Judge